USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
:
United States of America,                                               :
:
       -v-                                                      :    15-cr-95-54 (AJN)
:
Okeifa John,                                                            :    ORDER
:
          Defendant.                                          :
:
------------------------------------------------------------------------X

ALISON J. NATHAN, United States District Judge:

    A conference in this matter is hereby scheduled for August 5, 2020 at 10:30 A.M. The conference will be conducted telephonically. The parties and members of the public may access the proceeding by dialing (888) 363-4749 and entering access code 9196964. As requested, defense counsel will be given an opportunity to speak with the Defendant by telephone for fifteen minutes before the sentencing proceeding begins (i.e., at 10:15 A.M.); defense counsel should make sure to answer the telephone number that was previously provided to Chambers at that time.

    All participants must identify themselves every time they speak, spell any proper names for the court reporter, and take care not to interrupt or speak over one another. In addition, all participants shall wear headsets, as this will improve the audio quality. Finally, all of those accessing the conference — whether in listen-only mode or otherwise — are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

    If possible, defense counsel shall discuss the attached Waiver of Right to be Present at Criminal Proceeding with the Defendant prior to the proceeding. If the Defendant consents, and is able to sign the form, defense counsel shall file the executed form **at least 24 hours prior to**

**the proceeding**.  In the event the Defendant consents, but counsel is unable to obtain or affix the Defendant's signature on the form, the Court will conduct an inquiry at the outset of the proceeding to determine whether it is appropriate for the Court to add the Defendant's signature to the form.

SO ORDERED.

Dated: July 29, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA

                -v-

     OKEIFA JOHN,
                    Defendant.
------------------------------------------------------------------X

**WAIVER OF RIGHT TO BE PRESENT AT CRIMINAL PROCEEDING**

**15-CR-95-54 (AJN)**

**Check Proceeding that Applies**

____    Conference

I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York at the time the conditions of my release on supervision or my remand to custody are discussed. I have discussed these issues with my attorney and wish to give up my right to be present at the conferences. By signing this document, I wish to advise the court that I willingly give up my right to be present at the conferences in my case for the period of time in which access to the courthouse has been restricted on account of the COVID-19 pandemic. I request that my attorney be permitted to represent my interests at the proceedings even though I will not be present.

Date:    _____        _____
           Print Name                                        Signature of Defendant

I hereby affirm that I am aware of my obligation to discuss with my client the specifications of violation of supervised release, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver form. I affirm that my client knowingly and voluntarily consents to the proceedings being held with my client and me both participating remotely.

Date:    _____        _____
            Print Name                                        Signature of Defense Counsel

**Addendum for a defendant who requires services of an interpreter:**

3

I used the services of an interpreter to discuss these issues with the defendant.  The interpreter also translated this document, in its entirety, to the defendant before the defendant signed it.  The interpreter's name is: _____.


Date:           _____
                Signature of Defense Counsel



**Accepted:**      _____
                Signature of Judge
                Date: