**DAVID K. BERTAN**
ATTORNEY AT LAW
888 GRAND CONCOURSE, SUITE 1N
BRONX, NEW YORK 10451

(718) 742-1688
FAX (718) 585-8640
E-MAIL: DBERTAN@YAHOO.COM

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 8/4/20

> In light of the Defendant's request, the status conference currently scheduled for August 5, 2020 is hereby adjourned. It is now tentatively scheduled for August 19, 2020 at 10:30 a.m. The Defendant shall notify the Court by August 7, 2020 if he requires more time to review the materials referenced in the letter.
>
> SO ORDERED.

August 4, 2020

**Via ECF**

Hon. Alison J. Nathan, United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007-1312

SO ORDERED. 8/4/20

*Alison J. Nathan*

Alison J. Nathan, U.S.D.J.

    Re:    USA v. Okeifa John
              15-Cr-95 (AJN)

Dear Judge Nathan:

    I represent Mr. John in his pending violation of supervised release. The matter is scheduled for a status conference this Wednesday, August 5, 2020: I am requesting an adjournment. I spoke with my client yesterday, and he did not receive the materials I sent him, which included a copy of the specifications and the discovery provided by the Government. I would like to have Mr. John review these materials so that he and I can discuss how to proceed. Accordingly, I am requesting a short adjournment, at the Court's convenience. Please note I am unavailable August 24-25, and the mornings of August 27 and 28. Both the Government and Probation consent to my request.

    Thank you for your consideration in this matter.

                            Very truly yours,
                                  -S-
                          David K. Bertan, Esq.

cc:    AUSA Drew Skinner (via e-mail)
        USPO Amber Wilton (via e-mail)