USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/19/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Okeifa John,

                Defendant.

15-cr-95-54 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    A conference on alleged violations of supervised release is scheduled in the above-captioned matter for August 21, 2020 at 9:00 a.m. A publicly-accessible audio line is available by dialing 855-268-7844, entering 32091812# as the access code, and entering 9921299# as the pin number.

    If the Court must transition to its teleconference line, a publicly accessible audio line will be available by dialing (888) 363-4749 and entering Access Code 919-6964, followed by the pound (#) key.

    SO ORDERED.

Dated: August 19, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge