```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/20/20
```

# DAVID K. BERTAN
**ATTORNEY AT LAW**
888 GRAND CONCOURSE, SUITE 1N
BRONX, NEW YORK 10451

(718) 742-1688
FAX (718) 585-8640
E-MAIL: DBERTAN@YAHOO.COM

August 20, 2020

**Via ECF**

Hon. Alison J. Nathan, United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007-1312

> The Defendant's request for an adjournment of the VOSR conference is hereby granted. The conference is now tentatively scheduled for September 21, 2020 at 10:30 a.m.
>
> SO ORDERED.
>
> SO ORDERED. 8/20/20
>
> *Alison J. Nathan*
>
> Alison J. Nathan, U.S.D.J.

     Re:    USA v. Okeifa John
               15-Cr-95 VOSR (AJN)

Dear Judge Nathan:

     I represent Mr. John in his pending violation of supervised release. The matter is scheduled for a status conference this Friday, August 21, 2020. On Tuesday, August 18, Mr. John was arrested and charged with a violation of 18 USC § 922 (g) and related charges. In light of Mr. John's arrest on charges directly related to the specifications in the VOSR, I am requesting an adjournment of the VOSR to a date after September 15, 2020.

     Thank you for your consideration in this matter.

                       Very truly yours,
                            -S-
                     David K. Bertan, Esq.

cc:    AUSA Drew Skinner (via e-mail)
        AUSA Hagan Scotten (via e-mail)
        AUSA Andrew Rohrbach (via e-mail)
        USPO Amber Wilton (via e-mail)