UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/11/20

United States of America,

—v—

Okeifa John,

               Defendant.

15-cr-95 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      A conference on alleged violations of supervised release in this matter is currently tentatively scheduled for September 21, 2020 at 10:30 a.m. The Court will issue a public order confirming the exact date and time as soon as a time slot at the Metropolitan Correctional Center is scheduled. In light of the COVID public health crisis, there are significant safety issues related to in-court proceedings. If the Defendant is willing to waive his physical presence, the proceeding will be conducted remotely. Accordingly, defense counsel shall provide Mr. John with the waiver of physical presence form that was attached to the Court's July 29, 2020 Order. Dkt. 2939. If Mr. John, after reviewing the form and being advised of its contents, wishes to waive his right to be physically present, he and his counsel should return the executed waiver form no later than September 18, 2020. Finally, by September 16, 2020, the parties shall submit a joint letter indicating how they intend to proceed at the conference.

      SO ORDERED.

Dated: September 11, 2020
      New York, New York

                               ALISON J. NATHAN
                            United States District Judge