

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 18, 2023

**BY ECF**
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

Re:  *United States v. Okeifa John*, 15 Cr. 95 (ER)
     *United States v. Okeifa John*, 20 Cr. 477 (ER)

Dear Judge Ramos:

The Government respectfully submits this letter regarding the next conference in this case, set for April 21, 2023.  The defendant arrived in this District on or about April 12, 2023, and was presented before the Hon. Sarah L. Cave, United States Magistrate Judge, on April 13.

The parties have conferred and respectfully request a thirty-day adjournment of the conference, during which time the parties will discuss a resolution of the matter without the need for a hearing.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____/s/_____
    Andrew A. Rohrbach
    Assistant United States Attorney
    (212) 637-2345

CC:    Defense counsel (by ECF)

---

The April 21 violation conference is adjourned to May 25, 2023 at 10:30 a.m.
SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: 4/19/2023
New York, New York